IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>WILLIAM LEE GENTRY<br><br>Debtor(s). | *<br><br>*    Case No. 17-65615-sms<br>       Chapter 11<br>*<br><br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS CERTIFICATE TRUSTEE FOR NNPLTRUST SERIES 2012-1**
**OBJECTION TO DISCLOSURE STATEMENT AND CHAPTER 11 PLAN**

NOW COMES Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012-1,. ("Creditor") by its attorneys, Randy E. Berlew and Stern & Eisenberg Southern, PC, and hereby files this Objection to the Debtor's Chapter 11 Plan filed on April 25, 2018 (ECF NO. 57) (the "Plan"), and in support thereof avers as follows:

1.   Debtor filed the instant case on September 5, 2017.

2.   Creditor is the holder of a Note, executed by Debtor, dated August 6, 2004 in the original principal amount of One Million Ninety Eight Thousand Four Hundred Twenty Six and 00/100 Dollars ($1,098,426.00) bearing interest at a rate of 5.680% per annum, (the "Note").

3.   The Note is secured by a Security Deed executed by Debtor on real property of the Debtor commonly known as 1800 Sugarloaf Club Dr., Duluth, GA 30097-0000 (the "Property").

4.   The Property is Debtor's Primary Residence.

5.   Creditor filed a proof of claim in the instant case prior to any established bar date, which itemizes the total amount due to Creditor by Debtor as of the date of the filing of the Petition in the instant matter of $193,242.43, with pre-petition arrears of $9,583.46.

File No.: GA201800000081

6. On April 25, 2018, Debtor filed a Disclosure Statement and Chapter 11 Plan, (the "Plan").

7. The Plan proposes to sell the Property within "36 months of the Effective Date (the "Sugarloaf Maturity Date"), and as such, Creditor's claim is impaired.

8. The Plan fails to contain adequate information in that it is unclear if the Property is to be sold within 36 months of the Effective Date, as defined in the Plan, or within 36 months of the Sugarloaf Maturity Date, in violation of 11 U.S.C. §1125(a) & (b).

9. The Plan groups Creditor's claim in a class together with other secured claims, however, Creditor's claim is not substantially similar to the other secured claims in the Class because no other claim is secured only by a security interest in real property that is the Debtor's principal residence, in violation of 11 U.S.C §1122..

10. The Plan attempts to modify Creditor's claim in violation of 11 U.S.C. §1123(b)(5), which prohibits modification of a secured claim secured only by a security interest in real property that is the debtor's principal residence.

11. The Plan fails to provide any payment whatsoever to Creditor until the Property is sold and therefore fails to provide any adequate protection to Creditor.

12. The Plan proposes to sell the Property within 36 months of the Effective Date, which is an unreasonable amount of time to sell the Property.

13. The Plan has not been proposed in good faith in violation of 11 U.S.C. § 1129(a) (3), in that Debtor proposes to live in the Property for more than three years with no payment to Creditor whatsoever.

14. The Plan does not appear to contain a claims objection deadline. To ensure the prompt resolution of this matter, Creditor seeks allowance of its Claim in the confirmation order. Or in the alternative, Creditor seeks language in the confirmation order that limits the timeframe in which the Debtor may file an objection to the Department's Claim to no more than thirty (30) days after entry of the confirmation order.

File No.: GA201800000081

**WHEREFORE**, Creditor moves this Honorable Court to deny confirmation of the Plan and for such other and further relief that the Court deems just and proper.

Date: July 11, 2018          Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Carolee Berasi, Esquire*
　　　　　　　　　　　　　　　　　　Carolee Berasi GA #: 142069
　　　　　　　　　　　　　　　　　　Stern & Eisenberg Southern, PC
　　　　　　　　　　　　　　　　　　1709 Devonshire Drive
　　　　　　　　　　　　　　　　　　Columbia, SC 29204
　　　　　　　　　　　　　　　　　　Phone: (267) 884-1922
　　　　　　　　　　　　　　　　　　Fax: (803) 929-0830
　　　　　　　　　　　　　　　　　　cberasi@sterneisenberg.com
　　　　　　　　　　　　　　　　　　Attorney for Creditor

File No.: GA20180000081