IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | CHAPTER 11 |
|---|---|
| WILLIAM LEE GENTRY, | CASE NO. 17-65615-sms |
| Debtor. | |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE <u>JULY 13, 2018</u> TO:

Clerk, U.S. Bankruptcy Court
1340 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3367

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Jones & Walden LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309, Attn: Cameron M. McCord

The undersigned is a holder of [check one:]
  ✓  a secured claim
  ___ an unsecured claim
  ___ other [specify:_____]

In the amount of $ 208,140.33, in Class 1D and hereby:

  ___ Accepts    ✓ Rejects

Debtor's Plan of Reorganization

Date: 7/13/18

Creditor: Bank of America, N.A.
Print or Type Name
Signed: Bt Ch_____ Bret Chaness
[If appropriate] as: Attorney
Title
Address: 3145 Avalon Ridge Place, Ste 100
Peachtree Corners, GA 30071
Phone Number: 678-281-2750