**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**WILLIAM LEE GENTRY,**<br><br>      **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 17-65615-sms** |

**MODIFICATION TO PLAN OF REORGANIZATION FOR WILLIAM LEE GENTRY**

COMES NOW William Lee Gentry ("Debtor"), debtor and debtor in possession in the above-captioned case, files this *Modification to Plan of Reorganization* ("Modification"). In support of the Modification, Debtor shows the Court as follows:

1.      On September 5, 2017 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (hereinafter the "Bankruptcy Code").

2.      This Court has jurisdiction over the Chapter 11 Case pursuant to 28 U.S.C. §§ 157(b) and 1334.

3.      On April 26, 2016, Debtor filed his Disclosure Statement (Doc. No. 56) and his proposed Plan of Reorganization (Doc. No. 57) ("Plan").

4.      Debtor hereby modifies the Plan in accordance with Sections 1125 and 1127 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The changes do not materially or adversely affect the rights of any parties in interest which have not had notice and an opportunity to be heard with regard thereto.

5.      Class 1A of the Plan is hereby modified to provide as follows:

Debtor is current on payments on the Class 1A Claim. Debtor shall remain current on payments on the Class 1A Claim and the Class 1A Claim shall be paid pursuant to the terms of the August 6, 2004 Promissory Note.

6.      Except as specifically modified or amended herein, all provisions of Class 1A shall remain in full force and effect.

7.      Class 1D of the Plan is hereby modified to provide as follows:

Debtor is current on payments on the Class 1D Claim.  Debtor shall remain current on payments on the Class 1D Claim and the Class 1D Claim shall be paid pursuant to the terms of the April 14, 2003 Bank of America Creditline Agreement and Disclosure Statement (the "Note"). BOA shall not need to seek Court approval of any interest, late fees, attorney fees, or other default charges, provided that such charges are allowed by the Note or related Security Deed.

8.      Except as specifically modified or amended herein, all provisions of Class 1D shall remain in full force and effect.

9.      Class 3A of the Plan is hereby modified to provide as follows:

On October 10, 2017, the Georgia Department of Revenue, (the "Department"), filed a proof of claim, Claim No. 2-1, (the "Claim"), for unpaid Georgia individual income taxes, interest and penalties in the total amount of $710,544.86 of which $281,956.04 was listed as priority debt, $371,044.28 was listed as secured debt, and $57,544.54 was listed as general unsecured debt.  The Department's first lien in the amount of $252,447.18, Lien 1 reflecting execution number REV 11044466, (the "Allowed GDR Secured Claim"), shall *survive* until such time as it is paid in-full, with interest at the rate of 6.72%.  The Allowed GDR Secured Claim shall continue and attach to the GDR Collateral to the same extent, validity and priority as existed on the Filing Date.  The Debtor is not authorized to sell or refinance the Sugarloaf Property *free and clear* of the Allowed GDR Secured Claim.  If the Debtor sells or refinances the Sugarloaf Property then, at the real estate closing, the Department's Class 3A Secured Claim (as defined in the Plan) in the original principal amount of $252,447.18 shall be paid in-full, with interest, from the proceeds.  If the

Sugarloaf Property is foreclosed upon then the Allowed GDR Secured Claim shall survive. Confirmation of the Plan shall not discharge any liabilities of the Debtor owed to the Department that are excepted from discharge under 11 U.S.C. § 523.

10.     Except as specifically modified or amended herein, all provisions of Class 3A shall remain in full force and effect.

11.     Except as expressly set forth in this Modification, all terms and provisions of the Plan remain in full force and effect.

Respectfully submitted this 13th day of July, 2018.

**JONES & WALDEN, LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300

*cmccord@joneswalden.com*

#1040328