IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**WILLIAM LEE GENTRY,**<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 17-65615-sms |

## APPLICATION FOR FINAL DECREE

COMES NOW, William Lee Gentry ("Debtor"), debtor and debtor-in-possession, by and through the undersigned counsel, and hereby files this "Application for Final Decree" ("Application").

On July 25, 2018, the Court entered an order (Doc. No. 96) ("Confirmation Order") confirming Debtor's Plan (as modified or amended the "Plan"). There has been substantial consummation of the Plan. Debtor has assumed the management of all property dealt with by the Plan; Debtor has commenced Plan payments to Bank of America.

### Report of Substantial Consummation

"Substantial consummation" is defined by 11 U.S.C. §1101(2), which provides as follows:

> (2) "substantial consummation" means –
> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
> (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
> (C) commencement of distributions under the plan.

The requirements under 11 U.S.C. §1101(2) have been met and are summarized in the Final Report filed contemporaneously herewith.

**Application for Final Decree**

As shown above, there has been "substantial consummation" of the Plan as that term is defined by 11 U.S.C. §1101(2). All property shall revest to Debtor on the Effective Date. Debtor has assumed control over the property, and payments have commenced under the Plan.

WHEREFORE, Debtor respectfully requests that the Court grant the Application by entering a final decree in this case.

Respectfully submitted this 6th day of September, 2018.

**JONES & WALDEN, LLC**

*/s/ Cameron M. McCord*
Cameron M. McCord
Georgia Bar No. 143065
cmccord@joneswalden.com
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300 Telephone
(404) 564-9301 Facsimile
Attorney for Debtor

## CERTIFICATE OF SERVICE

      I certify that I caused a true and correct copy of the foregoing "Application for Final Decree" to be served upon the parties listed below via first class United States mail in a properly addressed envelope with sufficient postage affixed thereto to assure delivery upon the party listed below:

Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

    This 6th day of September, 2018.

                                      **JONES & WALDEN, LLC**

                                      */s/ Cameron M. McCord*
                                      Cameron M. McCord
                                      Georgia Bar No. 143065
                                      cmccord@joneswalden.com
                                      21 Eighth Street, NE
                                      Atlanta, Georgia 30309
                                      (404) 564-9300 Telephone
                                      (404) 564-9301 Facsimile
                                      Attorney for Debtor